**FILED**
**JUL 20 2012**
TIME_____
PATTI DUNCAN LEE
CIRCUIT CLERK

IN THE CIRCUIT COURT OF NESHOBA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.     CAUSE NO.: 12-CR-0055-NS-C

CRUISE ALLEN PETTY     CHARGE: TAKING AWAY A MOTOR VEHICLE

### JUDGMENT ON GUILTY PLEA

**THIS CAUSE CAME ON** for hearing before the Court, and the District Attorney, representing the State, announced ready for trial, and came the Defendant, Cruise Allen Petty, and his attorney of record, and announced to the Court that the Defendant desired to be re-arraigned. Whereupon, the reading of the indictment to the Defendant in open Court was waived by the Defendant, through his attorney, and on re-arraignment, the Defendant entered a plea of guilty as indicted to Taking Away A Motor Vehicle.

The Court, after full inquiry, determined that the Defendant's plea of guilty complied with the requirements of Rule 8.04 of the *Uniform Rules of the Circuit Court* and satisfied all of Defendant's additional legal and constitutional rights. The plea was accepted and the Court found the Defendant guilty as indicted to Taking Away A Motor Vehicle.

Whereupon, the Court proceeded to impose sentence upon the Defendant, and on recommendation of the District Attorney, sentenced the Defendant as follows:

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Defendant, Cruise Allen Petty, is sentenced to serve a term of three (3) years in the custody of the Mississippi Department of Corrections (MDOC), and said sentence is to run consecutive to the sentence pronounced in Cause No. 12-CR-0053-NS-C, for a total sentence of five (5) years to serve in the custody of MDOC. The Defendant is further ordered to pay restitution in the amount of 2,850.00 to the victim Linda Sanders.



EXHIBIT "D"

As a part of the consideration for this plea, Defendant shall give truthful testimony against co-indictee, Joseph Allen McCarty, if called upon to do so. The Court retains jurisdiction of said cause for one (1) year, to assure that Defendant complies with this judgment.

Restitution is to be paid in monthly installments of $150.00, with the first installment due within ninety (90) days of Defendant's release from confinement, with all installments to be made through the Office of the Circuit Clerk of this County.

**SO ORDERED AND ADJUDGED** by the Circuit Court of Neshoba County, Mississippi, in open and regular session, this the 16th day of July, 2012.

_____
CIRCUIT JUDGE



FILED
JUL 2 0 2012
TIME _____
PATTI DUNCAN LEE
CIRCUIT CLERK

554