## IN THE CIRCUIT COURT OF NESHOBA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                                                          CAUSE NO.: 12-CR-0055-NS-C

JOSEPH ALLEN MCCARTHY                                                    CHARGE: TAKING AWAY A
                                                                                                            MOTOR VEHICLE

### JUDGMENT ON GUILTY PLEA

**THIS CAUSE CAME ON** for hearing before the Court, and the District Attorney, representing the State, announced ready for trial, and came the Defendant, Joseph Allen McCarthy, and his attorney of record, and announced to the Court that the Defendant desired to be re-arraigned. Whereupon, the reading of the indictment to the Defendant in open Court was waived by the Defendant, through his attorney, and on re-arraignment, the Defendant entered a plea of guilty as indicted.

The Court, after full inquiry, determined that the Defendant's plea of guilty complied with the requirements of Rule 8.04 of the *Uniform Rules of the Circuit Court* and satisfied all of Defendant's additional legal and constitutional rights. The plea was accepted and the Court found the Defendant guilty as indicted.

Whereupon, the Court proceeded to impose sentence upon the Defendant, and on recommendation of the District Attorney, sentenced the Defendant as follows:

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Defendant, Joseph Allen McCarthy, is sentenced to serve a term of three (3) years in the custody of the Mississippi Department of Corrections (MDOC) and to pay a fine of $1,500.00 plus all costs of court. Said three (3) years are suspended and the Defendant is immediately placed on probation for said three (3) years.

**It is further ordered that Defendant is to be placed in a non-adjudicated status.**

Fine and court costs are to be paid in monthly installments of $150.00, with the first installment due within ninety (90) days of this date, with all installments to be made through the Office of the Circuit Clerk of this County.

The Court does hereby give credit for time served on said charge, as reflected on Defendant's



commitment order.

**SO ORDERED AND ADJUDGED** by the Circuit Court of Neshoba County, Mississippi, in open and regular session, this the 6th day of March, 2013.

*[Signature]*

_____
**CIRCUIT JUDGE**

FILED
MAR 1 1 2013
TIME_____
PATTI DUNCAN LEE
CIRCUIT CLERK